1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

8    JONATHAN BANKS,                        )              Case No. 2:12-cv-01535-JCM-CWH
                                            )
9                            Plaintiff,     )        **ORDER**
                                            )
10   vs.                                    )
                                            )
11   MICHAEL J. ASTRUE,                     )
     COMMISSIONER OF SOCIAL                 )
12   SECURITY ADMINISTRATION,               )
                                            )
13                            Defendant.    )
     _____)

14          This matter is before the Court on Plaintiff's Motion to Serve Party With Summons and

15   Complaint (#18), filed December 27, 2012.

16          Plaintiff's affidavit to proceed *in forma pauperis* was previously approved.  (#2).  As a result

17   thereof, the Clerk of Court was instructed to issue a summons to the United States Attorney for the

18   District of Nevada and deliver the summons and complaint to the United States Marshal for service.

19   The summons issued on August 30, 2012.  (#5).  To date, no proof of service has been filed as to the

20   United States Attorney for the District of Nevada.  Rather than reissue a summons, the United States

21   Marshal should file a proof of service if it has been effectuated.  To the extent service has not been

22   effectuated, the United States Marshal shall again attempt to complete service on the United States

23   Attorney for the District of Nevada.  Accordingly,

24          **IT IS HEREBY ORDERED** that Plaintiff's Motion to Serve Party With Summons and

25   Complaint (#18) is **denied in part and granted in part**.

26          **IT IS FURTHER ORDERED** that Clerk of Court shall provide a copy of this Order to the

27   United States Marshal.

28          **IT IS FURTHER ORDERED** that the United States Marshal shall deliver a copy of the

     summons and complaint to United States Attorney for the District of Nevada at the following address:

United States Attorney's Office
333 Las Vegas Boulevard South, Ste. 500
Las Vegas, Nevada 89101

Dated this 2nd day of January, 2013.


_____
C.W. Hoffman, Jr.
United States Magistrate Judge